No. 03–5877.  EYRICH *v.* CROSBY, SECRETARY, FLORIDA DE-
PARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certio-
rari denied.

No. 03–5882.  HOPKINS ET UX. *v.* NORTHBROOK MOBILE HOME
COMMUNITY CORP.  App. Ct. Ill., 4th Dist.  Certiorari denied.

No. 03–5883.  THOMASON *v.* HEAD, WARDEN.  Sup. Ct. Ga.
Certiorari denied.

No. 03–5884.  HOLIFIELD *v.* MISSISSIPPI.  Sup. Ct. Miss.  Cer-
tiorari denied.

No. 03–5889.  ZUMETA *v.* MANN.  C. A. 11th Cir.  Certiorari
denied.

No. 03–5891.  GARDNER *v.* PENNSYLVANIA DEPARTMENT OF
PUBLIC WELFARE.  Sup. Ct. Pa.  Certiorari denied.

No. 03–5894.  FREEMAN *v.* SIKORSKY AIRCRAFT CORP.  C. A.
2d Cir.  Certiorari denied.

No. 03–5898.  MOORE *v.* T&G PROPERTIES ET AL.  C. A. 7th
Cir.  Certiorari denied.

No. 03–5899.  PRUITT *v.* MISSISSIPPI.  Ct. App. Miss.  Certio-
rari denied.

No. 03–5900.  MILLER *v.* SOUTH CAROLINA.  Sup. Ct. S. C.
Certiorari denied.

No. 03–5903.  EVANS *v.* SCRIBNER, WARDEN, ET AL.  C. A. 9th
Cir.  Certiorari denied.

No. 03–5905.  DAVIS *v.* NEW YORK CITY BOARD OF EDUCATION.
C. A. 2d Cir.  Certiorari denied.

No. 03–5911.  MORALES *v.* SCHRIRO, DIRECTOR, ARIZONA DE-
PARTMENT OF CORRECTIONS.  C. A. 9th Cir.  Certiorari denied.

No. 03–5913.  WILLIAMS *v.* PRINCIPI, SECRETARY OF VETER-
ANS AFFAIRS.  C. A. Fed. Cir.  Certiorari denied.